# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                                    Criminal No.  16-CR-338 (MJD/FLN)

ADAM J. BURKE, et al.

_____

UNITED STATES OF AMERICA

    v.                                                    Criminal No.  16-CR-339 (WMW/KMM)

PRESTON E. FORTHUN, et al.

_____

UNITED STATES OF AMERICA

    v.                                                    Criminal No.  16-CR-340 (PJS/BRT)

HUY NGOC NGUYEN, et al.

_____

UNITED STATES OF AMERICA

    v.                                                    Criminal No.  16-CR-341 (DWF/SER)

ANGELA A. SCHULZ, et al.

_____

UNITED STATES OF AMERICA

    v.                                                    Criminal No.  16-CR-343 (DWF)

DARRYL MICHAEL HUMMENY

_____

UNITED STATES OF AMERICA

    v.                                                    Criminal No.  16-CR-344 (DWF)

MARYLN CHARLES COMES

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- Cases that arise out of the same investigation and have temporal proximity.
- A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.
- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: 12/22/2016

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/John E. Kokkinen*

BY: JOHN E. KOKKINEN
Assistant United States Attorney
Attorney ID No. 0388356