**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

United States of America,

       Plaintiff,

v.

Preston E. Forthun (01);
Abdinasir M. Abikar (02);
Ali M. Abikar (03);
Dana S. Comeaux (04);
Abdisalan A. Hussein (05);
Carlos P. Luna (06);
Sahal A. Warsame(07)

       Defendants.

_____

Case No. 16-cr-339 MJD/FLN

**NOTICE OF ARRAIGNMENT**

Notice is hereby given that the Arraignment of the above entitled matter will be heard on **January 17, 2017 at 10:00 a.m., in Courtroom 9W**, United States District Court, Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, before the undersigned Magistrate Judge.

Dated: January 10, 2017

                                *s/* Franklin L. Noel
                                FRANKLIN L. NOEL
                                United States Magistrate Judge