AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
DEC 23 2016
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 16-339 WMW/KMM (1) |
| Preston E. Forthun | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Preston E. Forthun,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Commit Health Care Fraud, 18:1349; Count 2: Conspiracy to Commit Mail Fraud, 18:1349.

Date: 12/20/2016

_Mary Kay Grzybek_
*Issuing officer's signature*

City and state: St. Paul, MN

Mary Kay Grzybek, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON 12/21/16
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
JAN 1 2 2017
U.S. DISTRICT COURT MPLS