UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 16-CR-339 (MJD/FLN)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PRESTON E. FORTHUN,
ABDINASIR M. ABIKAR,
ALI M. ABIKAR,
DANA S. COMEAUX,
ABDISALAN A. HUSSEIN,
CARLOS P. LUNA, and
SAHAL A. WARSAME,

    Defendants.

**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

Pursuant to 18 U.S.C. § 3161 (h) (7) (A), I, Preston Forthun, a defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

My case presents complex legal and factual issues. The disclosures in the case are voluminous. My lawyers need more time to properly investigate the legal and factual questions presented.

Based on the above facts, I request that the period of time from now until March 17, 2017 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request with full knowledge of my rights under the Speedy Trial Act.

Dated: 1/19/17

Preston Forthun

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated: 1/19/2017

s/ Andrew S. Birrell

Andrew S. Birrell (#133760)
333 South Seventh Street, Suite 3000
Minneapolis, MN 55402
(612) 333-9500

ATTORNEYS FOR DEFENDANT