AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
JAN 06 2017
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States of America
v.

Preston E. Forthun

_____
Defendant

)
)
)   Case No. CR 16-339 WMW/KMM
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Preston E. Forthun,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment       ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Commit Health Care Fraud, 18:1349; Count 2: Conspiracy to Commit Mail Fraud, 18:1349.

Date: 12/20/2016

_____
*Issuing officer's signature*

City and state: St. Paul, MN

Mary Kay Grzybek, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/20/2016, and the person was arrested on *(date)* 12/21/2016
at *(city and state)* Bloomington, MN

Date: 12/21/2016
7:00 AM

_____
*Arresting officer's signature*

JOHN J. GAINER SA, FBI
*Printed name and title*

SCANNED
JAN 13 2017
U.S. DISTRICT COURT MPLS