UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 16-cr-339 (MJD/FLN) |
| Plaintiff, | |
| v. | **DEFENDANT FORTHUN'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29(C) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |
| Preston Forthun (1), | |
| Defendant. | |

---

Dr. Forthun, through his undersigned counsel, respectfully moves the Court for a judgment of acquittal. This motion is made on all the files and records of the case, Rule 29(c) of the Federal Rules of Criminal Procedure, the United States Constitution, the interests of justice, the accompanying memorandum of law, and any other and further points and authorities as may be subsequently presented to the Court.

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated: __11/15/2017__      __s/ Ian S. Birrell__
Andrew S. Birrell (#133760)
Ian S. Birrell (#0396379)
333 South Seventh Street, Suite 3000
Minneapolis, MN 55402
(612) 333-9500

ATTORNEYS FOR DEFENDANT FORTHUN