UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-339 (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| PRESTON E. FORTHUN, | ) |
| ABDISALAN A. HUSSEIN, and | ) |
| CARLOS P. LUNA, | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on the United States' motion for extension of transcript redaction deadlines. The United States seeks an extension of the redacted transcript deadline for the trial transcript until January 5, 2018, and a corresponding extension of the date when the restricted access to the transcript will be released.

Based on all the files, records, and proceedings herein, IT IS ORDERED that:

1. The United States' Motion for Extension of Transcript Redaction Deadlines [Docket No. 419] is GRANTED;

2. Statements of redaction for the trial transcript must be filed on or before January 5, 2018;

3. The restrictions on access to the various trial transcript volumes will be released on April 5, 2018.

Dated: November 16, 2017

s/Michael J. Davis
Michael J. Davis
United States District Court Judge