UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-339 (MJD/FLN)

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRESTON ELLARD FORTHUN,          **STATEMENT OF REDACTION**
ABDISALAN ABDULAHAB HUSSEIN,
and
CARLOS PATRICIO LUNA,

Defendants.

In accordance with Local Rule 5.5, I have reviewed the transcript of Trial, Volume

X, held on October 12, 2017, docket number 390, filed on October 16, 2017, in the

above-captioned matter, filed a timely Notice of Intent to Request Redaction, and have

located personal data identifiers (PDI) in the transcript that must be redacted pursuant to

Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.  I hereby request the court reporter to redact

the following PDI in the transcript:

| Description of PDI to be Redacted | Page and Line Number of PDI to be Redacted | Redacted PDI to Read As |
|---|---|---|
| Name | 1728:1<br>1751:3, 13, 21<br>1752:7-8<br>1759:2, 3-4<br>1793:17, 18, 24<br>1794:1<br>1807:24<br>1810:22<br>1813:12, 24 | AXX HXXXX |

| Name | 1771:25<br>1809:12<br>1810:15 | HXXXX |
|---|---|---|
| Name | 1751:3, 20, 22, 24<br>1810:23 | FXXXX AXX |
| Name | 1807:25-1808:1<br>1811:15<br>1813:11 | HXXXXX AXXXX |
| Name | 1729:2<br>1745:24<br>1748:7<br>1759:5<br>1772:17<br>1773:7<br>1777:5<br>1784:21, 25<br>1838:6, 12-13<br>1842:20 | ZXXXXX<br>CXXXXXXX |
| Name | 1771:25<br>1776:22 | CXXXXXXX |
| Name | 1776:15<br>1779:24 | ZXXXXX |
| Name | 1755:8<br>1813:12<br>1815:25 | FXXXXXX AXX |
| Name | 1755:11-12<br>1813:13<br>1815:24-25 | MXXXXX SXXXXX |
| Name | 1813:14<br>1815:24<br>1816:1 | MXXXXX FXXXX |
| Name | 1816:4 | KXXXXX EXXX |
| Name | 1816:5 | KXXXXX |
| Name | 1816:4 | FXXXX OXXX |
| Name | 1831:19 | RXXXX |
| Name | 1832:1-2 | MXXXXXX<br>PXXXXXX |
| Name | 1831:20 | RXXXXXXX |

| Name | 1813:14<br>1815:25 | HXXX JXXXXX |
|---|---|---|
| Name | 1771:25-1772:1<br>1828:24-25<br>1829:1<br>1831:4, 6 | AXXXXXXXX<br>OXXXXX-SXXXXX |
| Name | 1739:3<br>1747:6<br>1750:9<br>1759:4-5 | AXXXXXXXX<br>OXXXXX |
| Name | 1842:14<br>1829:3 | AXXXXXXXX |
| Name | 1826:13<br>1829:8<br>1831:10 | OXXXXX-SXXXXX |
| Name | 1739:3<br>1746:18<br>1747:23<br>1789:25<br>1831:7-8<br>1842:11-12, 21 | CXXXXX OXXXXX-<br>SXXXXX |
| Name | 1741:13<br>1747:15, 22<br>1748:23<br>1749:5, 6-7, 10<br>1750:14<br>1756:6<br>1789:5<br>1790:22<br>1832:10<br>1842:1, 17 | EXXXXXX<br>GXXXXXXX |
| Name | 1750:8<br>1756:6<br>1780:5<br>1789:5, 9<br>1790:22<br>1826:12<br>1832:10<br>1842:1, 17 | EXXXXXX |

| Name | 1787:19<br>1789:5,9<br>1826:12 | GXXXXXXX |
|---|---|---|
| Name | 1728:1<br>1754:9-10<br>1756:1<br>1766:22-23<br>1772:9, 21<br>1807:23<br>1813:16<br>1814:12, 21<br>1815:1, 2<br>1816:12, 19 19 | NXXX MXXXX |
| Name | 1753:18<br>1840:23, 23<br>1841:15 | NXXX |
| Name | 1813:6<br>1818:25 | MXXXXXX AXX |
| Name | 1731:5, 10 | FXXXXXXX |
| Name | 1731:15, 18 | FXXXXXXX BXXXX |
| Name | 1730:9<br>1759:2 | AXXXXXXXX<br>JXXXXX |
| Name | 1780:5, 17, 20, 21<br>1789:4 | JXXXXX |
| Name | 1731:6, 10 | EXXXXXX |
| Name | 1731:13, 17-18 | EXXXXXX<br>PXXXXXX |
| Name | 1732:14 | JXXXXX |
| Name | 1732:14 | MXXXXXX |
| Name | 1731:19 | CXXXXXXXX |
| Name | 1731: 22 | CXXXXXXXX<br>CXXXXX |
| Name | 1807:25<br>1811:19<br>1813:11 | SXXXX<br>AXXXXXXXX |
| Name | 1731:23 | BXXXX |

| Name | 1732:5, 6, 13, 13 | BXXXXX |
|------|-------------------|--------|

I understand that the redacted version of the transcript will be filed within 31 days of the date the original transcript was filed but that the court reporter will not provide me with a copy of the redacted transcript.   I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically.   I also understand that after the 90-day restriction period, the redacted version of the transcript may be remotely electronically available to the public.

Dated:   1/5/2018

GASKINS BENNETT BIRRELL SCHUPP, LLP

s/ Ian S. Birrell
Ian S. Birrell (#0396379)
333 South Seventh Street, Suite 3000
Minneapolis, MN 55402
(612) 333-9500

ATTORNEYS FOR DEFENDANT FORTHUN